COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00077-CV |
| Style: | Nga Ly, Individually and as Administrator of the Estate of Ashley Ly Truong and the Estate of Tiffany Ly Truong |
| | **v** David Nguyen a/k/a Hung Quoc Nguyen a/k/a Nguyen Hung Quoc; Hoa Thi Tran a/k/a Thuan Tuan Tran a/k/a Hoa Nguyen; David Nguyen; Tran Diem Thuy; Diem Tran; and Saint Joseph Village Condominium Association, Inc. |
| Date motion filed[*]: | May 28, 2014 |
| Type of motion: | Motion to withdraw and substitution of counsel for appellee, Saint Joseph Village Condominium Association, Inc. |
| Party filing motion: | Appellee Saint Joseph Village Condominium Association, Inc. |
| Document to be filed: | N/A |

Is appeal accelerated?        No

Ordered that motion is:

☑ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**The Clerk of this Court is ordered to substitute Vy Thuan Nguyen for Joseph H. Pedigo as appellee Saint Joseph Village Condominium Association, Inc.'s counsel of record.**

Judge's signature: /s/ Laura C. Higley
            ☒ Acting individually        ☐ Acting for the Court

Panel consists of _____

Date:  June 24, 2014

November 7, 2008 Revision